April 16, 2010

Ms. Jacqueline M. Stroh
Crofts & Callaway, P.C.
4040 Broadway, Suite 525
San Antonio, TX 78209

Ms. Marla Diane Broaddus
Ratliff Law Firm, P.L.L.C.
600 Congress Avenue, Suite 3100
Austin, TX 78701
Mr. Eric G. Walraven
Underwood, Perkins & Ralston, P.C.
5420 LBJ Freeway, Suite 1900
Dallas, TX 75240

RE: Case Number: 08-0534
 Court of Appeals Number: 13-06-00149-CV
 Trial Court Number: 03-CV-050

Style: FROST NATIONAL BANK, FORMER EXECUTOR OF THE ESTATE OF ELENA
 SUESS KENEDY, DECEASED, AND FROST NATIONAL BANK AND PABLO SUESS,
 TRUSTEES OF THE JOHN G. KENEDY, JR. CHARITABLE TRUST
 v.
 ANN M. FERNANDEZ

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. The Unopposed
Motion to Expedite is dismissed as moot. If you would like the opinion by
email, please contact Claudia Jenks at claudia.jenks@courts.state.tx.us or
call (512)463-1312 ext. 41367. (Justice O'Neill and Justice Guzman not
sitting)

 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk
 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Dorian E. |
| |Ramirez |
| |Ms. Veronica Vela |
| |Mr. John Sjoberg |